IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN LEGION POST #497 VETERANS, INC. | : | CIVIL ACTION |
| | : | |
| | : | No. 23-4458 |
| v. | : | |
| | : | |
| CHELTENHAM SCHOOL DISTRICT, et al. | : | |
| | : | |

# **ORDER**

AND NOW, this 11th day of June, 2024, upon consideration of Defendants' Motions to Dismiss (ECF Nos. 9, 10), Plaintiff American Legion Post #497 Veterans, Inc.'s responses in opposition thereto, and the additional briefing on the Motions, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motions are GRANTED, and Plaintiff's Complaint is DISMISSED without prejudice for lack of subject matter jurisdiction.

It is FURTHER ORDERED the Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.